IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFIA LAWAL, on behalf of herself and all others similarly situated,<br><br>                      Plaintiff,<br><br>  -v-<br><br>HB INNOVATIONS, INC.,<br><br>                      Defendant. | Civil Case Number:  22 Civ. 8460 |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' April 13, 2023 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **22 Civ. 8460**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 13th day of April 2023.**

_Katherine Polk Failla_
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE